### ALLEN *v.* FINNEGAN.

LUMPKIN, P. J.    There being no assignment of error raising any legal question, and the evidence fully warranting the verdict, no cause for setting it aside appears.

*Judgment affirmed. All the Justices concurring.*

Argued December 5, — Decided December 19, 1900.

Ejectment.   Before Judge Spence.   Decatur superior court. February 27, 1900.

*Hawes & Hawes,* for plaintiff.   *B. B. Bower,* for defendant.